| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF TEXAS<br>AUSTIN DIVISION | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**Burnham, Christopher B.** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-0650** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**1414 Fairwood Road**<br>**Austin, TX 78722** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Travis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**  (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed**    (Check one box) | |
|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | | |
| ☐ Corporation | ☐ Stockbroker | ☑ Chapter 7     ☐ Chapter 11     ☐ Chapter 13 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9     ☐ Chapter 12 | |
| ☐ Other_____ | ☐ Clearing Bank | ☐ Section 304 - Case ancillary to foreign proceeding | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business    ☐ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business**  (Check all boxes that apply)<br>☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101.<br>☐ Debtor is & elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form 3. |

**Statistical/Administrative Information**      (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | **Christopher B. Burnham** |
|---|---|

### Prior Bankruptcy Case(s) Filed Within Last 6 Years  (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Christopher B. Burnham
    **Christopher B. Burnham**

**X**

Telephone Number (If not represented by an attorney)

**03/11/2005**
Date

### Signature of Attorney

**X** /s/ Eddie Cantu/Elizabeth Hickson
    **Eddie Cantu/Elizabeth Hickson**    Bar No. **03767050/0958600**

**Cantu & Hickson, P.C.**
**4833 Spicewood Springs Rd.**
**Suite 200**
**Austin, TX 78759**

Phone No.**(512) 346-8597**        Fax No.**(512) 346-2047**

03/11/2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Printed Name of Authorized Individual

Title of Authorized Individual

**03/11/2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** /s/ Eddie Cantu/Elizabeth Hickson        03/11/2005
    **Eddie Cantu/Elizabeth Hickson**        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**

Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Christopher B. Burnham**                              CASE NO

                                                                              CHAPTER    **7**

# SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | $0.00 | |

IN RE:   **Christopher B. Burnham**                    CASE NO

                                                       CHAPTER    **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America - Checking | - | $200.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | CD Player | - | $50.00 |
| | | Color Television | - | $50.00 |
| | | Computer | - | $300.00 |
| | | Bed | - | $100.00 |
| | | Clock | - | $20.00 |
| | | Lamp | - | $10.00 |
| | | Towels & Linens | - | $10.00 |
| | | Toilette Articles | - | $50.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Suits | - | $400.00 |
| | | Shirts | - | $50.00 |
| | | | Total > | **$1,240.00** |

IN RE:   **Christopher B. Burnham**                                CASE NO

                                                                   CHAPTER    **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Pants | - | $40.00 |
| | | Shoes | - | $30.00 |
| | | Coats | - | $50.00 |
| | | Ties | - | $40.00 |
| 7. Furs and jewelry. | | Watch | - | $100.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Bicycle | - | $200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| | | | Total > | $1,700.00 |

IN RE:   **Christopher B. Burnham**                    CASE NO

                                                      CHAPTER   **7**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | 2004 tax refund | - | $400.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| | | | Total  > | $2,100.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:   **Christopher B. Burnham**                               CASE NO

CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | Dog | - | $100.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total  > | $2,200.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Christopher B. Burnham**                                  CASE NO

                                                                                    CHAPTER      **7**

# SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☑  11 U.S.C. Sec. 522(b)(1):  Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☐  11 U.S.C. Sec. 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
                                                    domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                                                    portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
                                                    or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Bank of America - Checking | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| CD Player | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Color Television | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Computer | 11 U.S.C. § 522(d)(3) | $300.00 | $300.00 |
| Bed | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Clock | 11 U.S.C. § 522(d)(3) | $20.00 | $20.00 |
| Lamp | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Towels & Linens | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| Toilette Articles | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Suits | 11 U.S.C. § 522(d)(3) | $400.00 | $400.00 |
| Shirts | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Pants | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| Shoes | 11 U.S.C. § 522(d)(3) | $30.00 | $30.00 |
| Coats | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Ties | 11 U.S.C. § 522(d)(3) | $40.00 | $40.00 |
| | | **$1,400.00** | **$1,400.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Christopher B. Burnham**                                           CASE NO

                                                                                                CHAPTER     **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Watch | 11 U.S.C. § 522(d)(4) | $100.00 | $100.00 |
| Bicycle | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| 2004 tax refund | 11 U.S.C. § 522(d)(5) | $400.00 | $400.00 |
| Dog | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| | | **$2,200.00** | **$2,200.00** |

IN RE: **Christopher B. Burnham**

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☑ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

____ **No** ____ continuation sheets attached

| | | |
|---|---|---|
| Total for this Page (Subtotal) > | $0.00 | $0.00 |
| Running Total > | $0.00 | $0.00 |

IN RE:   **Christopher B. Burnham**                                      CASE NO

                                                                        CHAPTER     **7**

# SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

## TYPES OF PRIORITY CLAIMS      (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

☐ **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925\* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐ **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐ **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,925\* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐ **Deposits by individuals**
*Claims of individuals up to a maximum of $2,225\* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐ **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☐ **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**1st Revenue Assurance/ADT**<br>**PO Box 5818**<br>**Denver, CO 80217** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxx0090**<br>**Academy Collection Service,Inc**<br>**10965 Decatur Rd.**<br>**Philadelphia, PA 19154-3210** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for City Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**ADT**<br>**14200 East Exposition Ave**<br>**Aurora, CO 80012** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Alarm services**<br>REMARKS: | | | | **$183.20** |
| ACCT #:<br>**AEP - Public Service Co**<br>**P. O. Box 24401**<br>**Canton, OH  44701** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility expenses**<br>REMARKS: | | | | **$298.99** |
| ACCT #:<br>**American Express**<br>**PO Box 630001**<br>**Fort Lauderdale, FL 33337-001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$9,746.00** |
| ACCT #:<br>**Anne Christine Fite**<br>**1420 Elm**<br>**Andover, KS 67002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Ex-spouse/co-debtor**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxx-xxxx-xxxx-0543**<br>**Associated Recovery Systems**<br>**201 W. Grand Ave.**<br>**Escondido, CA 92025** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Capital One Credit Card**<br>REMARKS: | | | | **$12,609.00** |

_____7_____ continuation sheets attached

Total for this Page (Subtotal) >   $22,837.19

Running Total >   $22,837.19

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**AT & T Universal**<br>**P.O. BOX 6912**<br>**The Lakes, NV 88901-6912** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$1,700.00** |
| ACCT #:<br>**Brighter Vision**<br>**P. O. Box 9038**<br>**Buffalo, NY 14269** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | **$15.98** |
| ACCT #:  **xxxx-xxxx-xxxx-0543**<br>**Capital One**<br>**PO Box 60000**<br>**Seattle, WA 98190** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$9,934.00** |
| ACCT #:<br>**Chase Manhattan Mortgage**<br>**PO Box 9435**<br>**Deerfield Beach, FL 33443-9435** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage Loan**<br>REMARKS:<br>**Paid by third party** | | | | **Unknown** |
| ACCT #:  **xxxx-xxxx-xxxx-6686**<br>**Citi Card**<br>**Box 142319**<br>**Irving, TX 75014-2319** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$11,846.00** |
| ACCT #:<br>**Citibank**<br>**PO Box 8001**<br>**South Hackensack, NJ 07606-8001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **$4,402.00** |
| ACCT #:  **xxxxx732-3**<br>**City of Tulsa**<br>**200 Civic Center**<br>**Tulsa, OK 74103-3813** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility expenses**<br>REMARKS: | | | | **$61.99** |

Total for this Page (Subtotal) >  | **$27,959.97**

Running Total >  | **$50,797.16**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxx7323<br>**City of Tulsa**<br>**200 Civic Center**<br>**Tulsa, OK  74135** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility expenses**<br>REMARKS: | | | | $51.99 |
| ACCT #:   xxxxx7323<br>**City of Tulsa Utilities/Attn :  Utility**<br>**200 Civic Center**<br>**Tulsa OK 74103** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility expenses**<br>REMARKS: | | | | $205.37 |
| ACCT #:<br>**Collections Inc.**<br>**26669 IH 10 West, #3**<br>**Boerne, TX 78006** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $53.00 |
| ACCT #:<br>**Cox Communication**<br>**P. O. Box 470800**<br>**Tulsa, OK  74147** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS: | | | | $155.49 |
| ACCT #:<br>**CR Systems International**<br>**1277 Country Club**<br>**Ft. Worth, TX 76112** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility expenses**<br>REMARKS: | | | | $1,083.00 |
| ACCT #:   xxxxxxxxxxxxxx01-00<br>**Credit Protection Association LP**<br>**PO Box 802068**<br>**Dallas, TX 75380** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Cox Communication**<br>REMARKS: | | | | $0.00 |
| ACCT #:   887<br>**Cynthia M Murphy PHD**<br>**3311 S. Yal, Suite 100**<br>**Tulsa, OK 74135** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $205.00 |

|  | |
|---|---|
| Total for this Page (Subtotal) > | $1,753.85 |
| Running Total > | $52,551.01 |

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Direct Loans**<br>**US Dept. of Education**<br>**P.O. Box 746000**<br>**Atlanta, GA 30374-6000** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $12,399.00 |
| ACCT #:<br>**Discover**<br>**P.O. BOX 15255**<br>**Wilmington, DE 19886-5255** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $2,698.00 |
| ACCT #:<br>**Diversified Collection Services, Inc.**<br>**333 North Canyons Parkway #100**<br>**Livermore, CA 94551-7661** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for student loans**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxx8216**<br>**Emergency Care, Inc.**<br>**P. O.  Box 21820**<br>**Tulsa, OK  74121** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $313.00 |
| ACCT #:<br>**Enhanced Recovery Corporation**<br>**8014 Bayberry Rd.**<br>**Jacksonville, FL 32256** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Hilco**<br>REMARKS: | | | | Unknown |
| ACCT #:  **xxxxxx8279**<br>**Federal National Mortgage Ass.**<br>**c/o Chase Manhattan Mortgage**<br>**3415 Vision Drive**<br>**Colombus, OH 43219-6009** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Possible deficiency from foreclosure**<br>REMARKS: | | | | Unknown |
| ACCT #:  **xxxx-xxxx-xxxx-4779**<br>**Hilco Receivables LLC**<br>**5 Revere Dr. #202**<br>**Northbrook, IL 60062** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $11,556.00 |

Total for this Page (Subtotal) > | $26,966.00

Running Total > | $79,517.01

IN RE: **Christopher B. Burnham**

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Julian K. Fite** <br> **HC 61, Box 273-1** <br> **Tahleguah, OK 74464** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Co-debtor** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Kivell, Rayment and Francis** <br> **7666 East 61st Street #240** <br> **Tulsa, OK 74133** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Attorneys for Mortgage Electronics Systems** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Mailboxes etc #1849** <br> **3701 A S. Harvard** <br> **Tulsa, OK 74135** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Services Rendered** <br> REMARKS: | | | | **$126.90** |
| ACCT #: **xxxx-xxxx-xxxx-3699** <br> **MBNA** <br> **PO Box 15019** <br> **Wilmington, DE 19850-5019** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card Purchases** <br> REMARKS: | | | | **$11,556.00** |
| ACCT #: **1028** <br> **Michael S. Jones, Atty at Law** <br> **for Aberdeen Enterpirzes, Inc.** <br> **4143 E. 31st Street** <br> **Tulsa, OK 74135-1514** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | **$4,171.20** |
| ACCT #: <br> **Nationwide Credit** <br> **11080 Magnolia Ave** <br> **Riverside, CA 92505** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **NCO** <br> **1804 Washington Blvd** <br> **Mailstop 450** <br> **Dept 03** <br> **Baltimore, MD 21230** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for MBNA** <br> REMARKS: | | | | **$0.00** |

Total for this Page (Subtotal) > | **$15,854.10**

Running Total > | **$95,371.11**

IN RE: **Christopher B. Burnham**

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxZU7A**<br>**NCO Financial**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $1,537.10 |
| ACCT #:<br>**Northland Group, Inc.**<br>**PO Box 390905**<br>**Edina, MN 55439** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | Unknown |
| ACCT #: **xxxxxxxxx4011**<br>**Oklahoma Natural Gas**<br>**PO Box 268826**<br>**Oklahoma City, OK 73126-8826** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utility expenses**<br>REMARKS: | | | | $1,268.56 |
| ACCT #: **xxxxx0484**<br>**Radiology Consultants**<br>**3010 South Harvard**<br>**Tulsa, OK 74114** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $51.50 |
| ACCT #:<br>**Sallie Mae Servicing Corporation**<br>**P.O. Box 9500**<br>**Wilkes-Barre, PA 18773-9500**<br>*****all correspondence here***** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | $0.00 |
| ACCT #: **xxxxxxxxxx4906**<br>**SBC**<br>**P.O. BOX 4848**<br>**Houston, TX 77097** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Telephone services**<br>REMARKS: | | | | $193.72 |
| ACCT #: **xxxxx8216**<br>**Service Collection Assoc.**<br>**6465 S. Yal, Suite 210**<br>**Tulsa, OK 74136** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecing for Saint Francis Hospital**<br>REMARKS: | | | | $280.45 |

Total for this Page (Subtotal) > | $3,331.33

Running Total > | $98,702.44

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Simmons First National Bank**<br>**P. O. Box 6609**<br>**Pine Bluff, AR 71611** | X | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **xxxxx8216**<br>**St. Francis Hospital**<br>**PO Box 706161**<br>**Tulsa, OK 74170** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$284.45** |
| ACCT #:<br>**Tab Services**<br>**1754 Utica Square**<br>**PO Box 52039**<br>**Tulsa, OK 74152-0039** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Radiology Consultants**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Tim Harris, District Atty**<br>**201 W. 5th Street, Suite 450**<br>**Tulsa, OK 74103** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Hot Check and DA. Fees**<br>REMARKS: | | | | **$239.37** |
| ACCT #:<br>**Tulsa World**<br>**P. O. Box 1770**<br>**Tulsa, OK 74102** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Advertising**<br>REMARKS: | | | | **$13.98** |
| ACCT #:<br>**U. S. Dept. of Education**<br>**GSC/CHI**<br>**401 South State Street**<br>**Chicago, IL 60605** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Student Loan**<br>REMARKS: | | | | **$5,453.00** |
| ACCT #: **xxxxxxxx4500**<br>**USAA**<br>**9800 Fredericksburg Rd.**<br>**San Antonio, TX 78288** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | **$399.30** |

|  |  |
|---|---|
| Total for this Page (Subtotal) > | $6,390.10 |
| Running Total > | $105,092.54 |

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 7*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx55-00**<br>**William R. Ford MD**<br>**6655 S. Yale**<br>**Tulsa, OK  74136** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $85.50 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| Total for this Page (Subtotal) > | $85.50 |
| Running Total > | $105,178.04 |

IN RE:   **Christopher B. Burnham**                                      CASE NO

                                                                        CHAPTER    **7**

# SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Christopher B. Burnham**                    CASE NO

                                                                  CHAPTER    **7**

## <u>SCHEDULE H (CODEBTORS)</u>

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anne Christine Fite**<br>1420 Elm<br>Andover, KS 67002 | **Simmons First National Bank**<br>P. O. Box 6609<br>Pine Bluff, AR  71611 |
| **Julian K. Fite**<br>HC 61, Box 273-1<br>Tahlequah, OK 74464 | **Simmons First National Bank**<br>P. O. Box 6609<br>Pine Bluff, AR  71611 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Christopher B. Burnham**                                    CASE NO

                                                                                            CHAPTER    **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Single** | | 5 | Daughter | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Sales Manager | |
| Name of Employer | Retail Concepts | |
| How Long Employed | 9 months | |
| Address of Employer | 4001 Greenbriar #100 Houston, TX 77477 | |

| Income:  (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $2,514.68 | |
| Estimated monthly overtime | $0.00 | |
| *SUBTOTAL* | **$2,514.68** | |
| LESS PAYROLL DEDUCTIONS | | |
| A. Payroll taxes (includes social security tax if B. is zero) | $260.26 | |
| B. Social Security Tax | $184.36 | |
| C. Medicare | $106.64 | |
| D. Insurance | $0.00 | |
| E. Union dues | $0.00 | |
| F. Retirement | $0.00 | |
| G. Other (specify) _____ | $0.00 | |
| H. Other (specify) _____ | $0.00 | |
| I. Other (specify) _____ | $0.00 | |
| J. Other (specify) _____ | $0.00 | |
| K. Other (specify) _____ | $0.00 | |
| *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$551.26** | |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$1,963.42** | |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | |
| Income from real property | $0.00 | |
| Interest and dividends | $0.00 | |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | |
| Social Security or other government assistance (specify) | $0.00 | |
| Pension or retirement income | $0.00 | |
| Other monthly income (specify below) | | |
| 1. _____ | $0.00 | |
| 2. _____ | $0.00 | |
| 3. _____ | $0.00 | |
| *TOTAL MONTHLY INCOME* | **$1,963.42** | |

## TOTAL COMBINED MONTHLY INCOME  $1,963.42          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Christopher B. Burnham**                                    CASE NO

                                                                                                CHAPTER      **7**

# SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate
     schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $600.00 |
| Are real estate taxes included?   ☐ Yes  ☑ No | |
| Is property insurance included?   ☐ Yes  ☑ No | |
| **Utilities:**  Electricity and heating fuel | $40.00 |
| Water and sewer | $30.00 |
| Telephone | $125.00 |
| Other:  Cable | $75.00 |
| Home maintenance (repairs and upkeep) | |
| Food | $225.00 |
| Clothing | $90.00 |
| Laundry and dry cleaning | |
| Medical and dental expenses (not covered by insurance) | $190.00 |
| Transportation (not including car payments) | $300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| Charitable contributions | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | |
| Life | |
| Health | |
| Auto | |
| Other: | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto: | |
| Other:  Additional expenses for child | $50.00 |
| Other: | |
| Other: | |
| Alimony, maintenance, and support paid to others | $136.25 |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other: | |
| Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$1,961.25** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular
interval.

A. Total projected monthly income
B. Total projected monthly expenses (including separate spouse budget if applicable)
C. Excess income (A minus B)
D. Total amount to be paid into plan each                                           (interval)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Christopher B. Burnham**

CASE NO

CHAPTER   **7**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $2,200.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $105,178.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,963.42 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,961.25 |
| Total Number of Sheets of ALL Schedules > | | 21 | | | |
| Total Assets > | | | $2,200.00 | | |
| Total Liabilities > | | | | $105,178.04 | |

IN RE:   **Christopher B. Burnham**                                    CASE NO

                                                                       CHAPTER     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **22**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **03/11/2005**                                    Signature  **/s/ Christopher B. Burnham**
                                                                   *Christopher B. Burnham*

Date _____          Signature _____

                                               [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:   **Christopher B. Burnham**                          CASE NO

                                                            CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $3,130.00 | 2005 YTD Debtor Income |
| $20,881.27 | 2004 Debtor Income |
| $4,423.94 | 2003 Debtor Income |

---

None
☐

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,492.40 | YTD workman's comp |

---

None
☑

### 3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

IN RE:   **Christopher B. Burnham**

CASE NO

CHAPTER   **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None

☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None

☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None

☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cantu & Hickson, P.C.** **4833 Spicewood Springs Rd., Suite 200** **Austin, TX 78759** | 03/10/2005 | $531.00 |

---

### 10. Other transfers

None

☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 11. Closed financial accounts

None

☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None

☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

IN RE:   **Christopher B. Burnham**                          CASE NO

                                                            CHAPTER   **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

None
☑

### 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

---

None
☐

### 15. Prior address of debtor

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3506 S. Sandusky Avenue** | | **10/1998 -** |
| **Tulsa, OK 74135** | | **8/2003** |

---

None
☐

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**

**Anne Christine Fite**

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

IN RE:   **Christopher B. Burnham**                              CASE NO

                                                                CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

None   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the
☑     debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☑     a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole
proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the
debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six
years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six
years immediately preceding the commencement of this case.

---

None
☑     b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole
proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years
should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☑     a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

---

None
☑     b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of
account and records, or prepared a financial statement of the debtor.

---

None
☑     c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of
the debtor.  If any of the books of account and records are not available, explain.

---

None
☑     d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
issued within the two years immediately preceding the commencement of this case by the debtor.

---

### 20. Inventories

None
☑     a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

IN RE:   **Christopher B. Burnham**                                    CASE NO

                                                                       CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

None
☑                 b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders
None
☑                 a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑                 b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders
None
☑                 a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑                 b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

### 23. Withdrawals from a partnership or distributions by a corporation
None
☑                 If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

### 24. Tax Consolidation Group
None
☑                 If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

### 25. Pension Funds
None
☑                 If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

IN RE:   **Christopher B. Burnham**                                    CASE NO

                                                                    CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**6**_____ sheets, and that they are true and correct.

Date **03/11/2005**_____            Signature _____**/s/ Christopher B. Burnham**_____
                                              of Debtor    ***Christopher B. Burnham***

Date **03/11/2005**_____            Signature _____
                                              of Joint Debtor
                                              (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

IN RE:   **Christopher B. Burnham**                                    CASE NO

                                                                                                 CHAPTER      **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| | |

   **None**

*b. Property to Be Retained.*  (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| | | | | | |

   **None**

IN RE:   **Christopher B. Burnham**                                        CASE NO

                                                                                                        CHAPTER      **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

Date  __03/11/2005__                                     Signature  __/s/ Christopher B. Burnham__
                                                                                     *Christopher B. Burnham*

Date  _____          Signature  _____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:   **Christopher B. Burnham**

CASE NO

CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$850.00** |
| Prior to the filing of this statement I have received: | **$531.00** |
| Balance Due: | **$319.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **03/11/2005** | **/s/ Eddie Cantu/Elizabeth Hickson** |
| _Date_ | _Eddie Cantu/Elizabeth Hickson_     Bar No.  03767050/0958600 |
| | Cantu & Hickson, P.C. |
| | 4833 Spicewood Springs Rd. |
| | Suite 200 |
| | Austin, TX 78759 |
| | Phone: (512) 346-8597 / Fax: (512) 346-2047 |

---

**/s/ Christopher B. Burnham**

_Christopher B. Burnham_

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Christopher B. Burnham**                     CASE NO

                                                        CHAPTER   **7**

# <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  03/11/2005 _____          Signature  /s/ Christopher B. Burnham _____
                                                         *Christopher B. Burnham*

Date _____                      Signature _____

1st Revenue Assurance/ADT
PO Box 5818
Denver, CO 80217


Academy Collection Service,Inc
10965 Decatur Rd.
Philadelphia, PA 19154-3210


ADT
14200 East Exposition Ave
Aurora, CO 80012


AEP - Public Service Co
P. O. Box 24401
Canton, OH  44701


American Express
PO Box 630001
Fort Lauderdale, FL 33337-001


Anne Christine Fite
1420 Elm
Andover, KS 67002


Associated Recovery Systems
201 W. Grand Ave.
Escondido, CA 92025


AT & T Universal
P.O. BOX 6912
The Lakes, NV 88901-6912


Brighter Vision
P. O. Box 9038
Buffalo, NY  14269

Capital One
PO Box 60000
Seattle, WA 98190


Chase Manhattan Mortgage
PO Box 9435
Deerfield Beach, FL 33443-9435


Citi Card
Box 142319
Irving, TX 75014-2319


Citibank
PO Box 8001
South Hackensack, NJ 07606-8001


City of Tulsa
200 Civic Center
Tulsa, OK  74103-3813


City of Tulsa
200 Civic Center
Tulsa, OK  74135


City of Tulsa Utilities/Attn :  Utility
200 Civic Center
Tulsa OK 74103


Collections Inc.
26669 IH 10 West, #3
Boerne, TX 78006


Cox Communication
P. O. Box 470800
Tulsa, OK  74147

CR Systems International
1277 Country Club
Ft. Worth, TX 76112


Credit Protection Association LP
PO Box 802068
Dallas, TX 75380


Cynthia M Murphy PHD
3311 S. Yal, Suite 100
Tulsa, OK 74135


Direct Loans
US Dept. of Education
P.O. Box 746000
Atlanta, GA 30374-6000


Discover
P.O. BOX 15255
Wilmington, DE 19886-5255


Diversified Collection Services, Inc.
333 North Canyons Parkway #100
Livermore, CA 94551-7661


Emergency Care, Inc.
P. O.  Box 21820
Tulsa, OK  74121


Enhanced Recovery Corporation
8014 Bayberry Rd.
Jacksonville, FL 32256


Federal National Mortgage Ass.
c/o Chase Manhattan Mortgage
3415 Vision Drive
Colombus, OH 43219-6009

Hilco Receivables LLC
5 Revere Dr. #202
Northbrook, IL 60062


Julian K. Fite
HC 61, Box 273-1
Tahleguah, OK 74464


Kivell, Rayment and Francis
7666 East 61st Street #240
Tulsa, OK 74133


Mailboxes etc #1849
3701 A S. Harvard
Tulsa, OK  74135


MBNA
PO Box 15019
Wilmington, DE 19850-5019


Michael S. Jones, Atty at Law
for Aberdeen Enterpirzes, Inc.
4143 E. 31st Street
Tulsa, OK  74135-1514


Nationwide Credit
11080 Magnolia Ave
Riverside, CA 92505


NCO
1804 Washington Blvd
Mailstop 450
Dept 03
Baltimore, MD  21230

NCO Financial
507 Prudential Rd.
Horsham, PA 19044

Northland Group, Inc.
PO Box 390905
Edina, MN 55439


Oklahoma Natural Gas
PO Box 268826
Oklahoma City, OK 73126-8826


Radiology Consultants
3010 South Harvard
Tulsa, OK 74114


Sallie Mae Servicing Corporation
P.O. Box 9500
Wilkes-Barre, PA 18773-9500
***all correspondence here*****


SBC
P.O. BOX 4848
Houston, TX 77097


Service Collection Assoc.
6465 S. Yal, Suite 210
Tulsa, OK  74136


Simmons First National Bank
P. O. Box 6609
Pine Bluff, AR  71611


St. Francis Hospital
PO Box 706161
Tulsa, OK 74170


Tab Services
1754 Utica Square
PO Box 52039
Tulsa, OK 74152-0039

```
Tim Harris, District Atty
201 W. 5th Street, Suite 450
Tulsa, OK  74103


Tulsa World
P. O. Box 1770
Tulsa, OK  74102


U. S. Dept. of Education
GSC/CHI
401 South State Street
Chicago, IL 60605


USAA
9800 Fredericksburg Rd.
San Antonio, TX 78288


William R. Ford MD
6655 S. Yale
Tulsa, OK  74136
```